AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mirando, Carol | U.S. District Court, Middle District of Florida | 4/29/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge - Full-time | ☐ Nomination    Date<br>☐ Initial   ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

U.S. Courthouse
2110 First Street
Fort Myers, Florida 33901

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2006 | City of Jacksonville General EmployeesPension Plan - vested benefit |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mirando, Carol | 4/29/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judicial Center | July 29, 2018 to August 1, 2018 | Denver, CO | National Workshop for Magistrate Judges II | Travel, meals, hotel |
| 2. | Administrative Office of U.S. Courts/Middle District of Florida | May 1, 2018 to May 4, 2018 | Ponte Vedra Beach, FL | 2018 Eleventh Circuit Judicial Conference | Travel, meals, hotel |
| 3. | Federal Judicial Center | March 20, 2018 to March 23, 2018 | New York, NY | 2018 NYU Workshop on Employment Law for Federal Judges | Travel, meals hotel |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mirando, Carol** | 4/29/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mirando, Carol | 4/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1: | | | | | | | | | |
| 2. -- Oakmark International I | A | Dividend | K | T | | | | | |
| 3. -- ClearBridge Mid Cap Core | A | Dividend | K | T | | | | | |
| 4. -- Touchstone Focused Y | A | Dividend | K | T | | | | | |
| 5. Brokerage Account # 2: | | | | | | | | | |
| 6. -- Oakmark International I | A | Dividend | J | T | | | | | |
| 7. -- ClearBridge Mid Cap Core | A | Dividend | J | T | | | | | |
| 8. -- Touchstone Focused Y | A | Dividend | J | T | | | | | |
| 9. Rental Prop. #2 Atlantic Beach, FL (2005 $125,500) | D | Rent | M | W | | | | | |
| 10. USAA FSB | A | Int./Div. | M | T | | | | | |
| 11. Brokerage Account # 3: Raymond James | | | | | | | | | |
| 12. Raymond James Deposit Program, Cash | A | Interest | K | T | | | | | |
| 13. 1347 PPTY Ins Hldgs Inc | A | Interest | J | T | Buy | 04/11/18 | J | | |
| 14. Allianz Income and Growth Fund | A | Dividend | J | T | Sold (part) | 03/21/18 | J | A | |
| 15. Amtrust Financial Services PFD | A | Dividend | J | T | | | | | |
| 16. Anheuser Busch Inbev | A | Dividend | J | T | | | | | |
| 17. Apollo Invt Corp | A | Dividend | J | T | Sold (part) | 12/10/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mirando, Carol | 4/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  Applied Optoelectronics Inc | A | Dividend | J | T | | | | | |
| 19.  Ashford Hospitality Trust | A | Dividend | J | T | | | | | |
| 20.  Banc of California Inc Preferred | A | Dividend | J | T | | | | | |
| 21.  Blue Cap Reins Hldgs Limited | A | Dividend | J | T | | | | | |
| 22.  Calamos Global Equity Fund C | A | Dividend | K | T | | | | | |
| 23.  CBL & Associates Properties | A | Dividend | J | T | | | | | |
| 24.  Centurylink Incorporated | A | Dividend | J | T | | | | | |
| 25.  Cohen & Steers Infrastructure / UTF | A | Dividend | J | T | | | | | |
| 26.  Colony Capital Inc | A | Dividend | J | T | Buy | 06/25/18 | J | | |
| 27.  Columbia Seligman Comm & Info | A | Dividend | K | T | | | | | |
| 28.  Compass Diversified Holdings | A | Dividend | J | T | | | | | |
| 29.  Davis Financial Fund A | A | Dividend | K | T | | | | | |
| 30.  Deutsche Bank Contingent Cap Trust II | A | Interest | J | T | | | | | |
| 31.  Deutsche Bank Contingent Cap Trust III | A | Interest | | | Redeemed | 02/20/18 | J | A | |
| 32.  Duff & Phelps GLB UTL Inc | A | Dividend | J | T | | | | | |
| 33.  Dynergy Incorporated New Del Tangl | A | Dividend | | | Merged<br>(with line 80) | 04/09/18 | J | | |
| 34.  Eaton Vance Stock Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mirando, Carol | 4/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. First Trust Election Portfolio | | None | | | Redeemed | 11/16/18 | K | A | |
| 36. First Trust Morningstar Div Leaders | A | Dividend | | | Sold | 07/10/18 | J | A | |
| 37. First Trust Dynamic Europe Eqt Fund | A | Dividend | J | T | Buy | 06/08/18 | J | | |
| 38. Fortress Trans Infrst Invs LLC | A | Dividend | J | T | Buy | 03/14/18 | J | | |
| 39. Gabelli Multimedia Tr Inc | A | Dividend | J | T | Buy | 07/10/18 | J | | |
| 40. Global Indemnity P Sub NT (Cayman) | A | Interest | J | T | | | | | |
| 41. Global Indemnity Ltd Sub NT | A | Interest | J | T | | | | | |
| 42. Global Medical REIT | A | Interest | J | T | | | | | |
| 43. GMAC Capital Trust 1 GTD | A | Interest | J | T | | | | | |
| 44. Government PPTYS Income Tr | A | Dividend | J | T | | | | | |
| 45. Guggenheim Eq Weight Enhanced | A | Dividend | J | T | | | | | |
| 46. Icahn Enterprises LP | A | Dividend | | | Sold | 01/29/18 | J | A | |
| 47. Invesco Mortgage Capital Inc | A | Dividend | J | T | | | | | |
| 48. John Hancock HDG EQ & Inc | A | Dividend | J | T | Buy (add'l) | 01/23/18 | J | | |
| 49. Kinder Morgan Inc PFD Ser A | A | Dividend | J | T | | | | | |
| 50. Kraft Heinz Company | A | Dividend | J | T | | | | | |
| 51. Landmark Infrastructure LP | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mirando, Carol | 4/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Lazard Glb TTL Ret & Inc Fd Inc | A | Dividend | J | T | Buy | 01/29/18 | J | | |
| 53. Lazard Glb TTL Ret & Inc Fd Inc | A | Dividend | | | Sold | 01/23/18 | J | B | |
| 54. Macquarie FtTr Gb | A | Dividend | J | T | | | | | |
| 55. Macquarie Infrastructure Corp | A | Dividend | J | T | Buy | 01/09/18 | J | | |
| 56. Macquarie Infrastructure Corp | A | Dividend | J | T | Buy (add'l) | 03/21/18 | J | | |
| 57. Maiden Holdings North America LTD | A | Interest | K | T | Buy (add'l) | 02/16/18 | J | | |
| 58. Massachusetts Investors Growth St Fund | A | Dividend | K | T | | | | | |
| 59. McClatchy Company Class A | | None | J | T | | | | | |
| 60. National General Holdings Co | A | Interest | J | T | | | | | |
| 61. New SR Invt Group Inc REIT | A | Dividend | | | Sold | 06/21/18 | J | A | |
| 62. Omega Healthcare Invs Inc REIT | A | Dividend | J | T | | | | | |
| 63. Pennymac Mortgage Investment Trust | A | Interest | J | T | Buy | 03/14/18 | J | | |
| 64. Plymouth Indl REIT | A | Dividend | J | T | | | | | |
| 65. PreferredPlus Trust CZN-1 Tr | A | Interest | J | T | | | | | |
| 66. ProShares S&P 500 Dividend Aristocrats | A | Interest | J | T | Buy | 01/23/18 | J | | |
| 67. ProShares S&P 500 Dividend Aristocrats | A | Interest | J | T | Buy (add'l) | 05/07/18 | J | | |
| 68. Procter and Gamble Company | A | Dividend | J | T | Buy | 05/14/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mirando, Carol | 4/29/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Putnam International Growth Fund | A | Dividend | J | T | | | | | |
| 70. Royal Bank of Scotland Perpet Shares | A | Dividend | | | Redeemed | 12/31/18 | J | A | |
| 71. Starwood Property Tr Inc REIT | A | Dividend | J | T | | | | | |
| 72. Sunoco LP | A | Dividend | J | T | Buy | 06/21/18 | J | | |
| 73. Tekla Healthcare Opportunitiy Fd | A | Dividend | | | Sold | 03/14/18 | J | A | |
| 74. Time Inc | A | Dividend | | | Sold | 01/30/18 | J | A | |
| 75. Travelcenters of America LLC | A | Interest | J | T | | | | | |
| 76. Uniti Group Inc REIT | A | Dividend | | | Sold (part) | 05/09/18 | J | B | |
| 77. Uniti Group Inc REIT | A | Dividend | | | Sold | 05/14/18 | J | A | |
| 78. Vanguard Total Stock Market ETF | A | Dividend | J | T | | | | | |
| 79. Virtus Investment PFD | A | Interest | | | Sold | 01/09/18 | J | A | |
| 80. Vistra Energy Corp | A | Dividend | | | Sold | 04/11/18 | J | A | |
| 81. Walmart Inc | A | Dividend | J | T | Buy | 05/09/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mirando, Carol | 4/29/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Mirando, Carol | 4/29/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Carol Mirando**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544